IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM K. GANDY,

    Petitioner,          No. CIV S-05-0715 MCE KJM P

    vs.

ROBERT AYERS,

    Respondents.       ORDER

_____/

On April 13, 2005, petitioner submitted a form with the heading "United States Court of Appeals, Ninth Circuit" and the title "Application For Leave To File Successive Habeas Petition."

The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. The previous application was filed on October 14, 2000 and was denied on the merits on May 14, 2004. A successive petition must be authorized by the Court of Appeals. 28 U.S.C. § 2244(b)(3). It appears petitioner was attempting to seek leave from the Court of Appeals but mailed his application to the wrong address. Transferring the action to the Court of Appeals thus appears to be appropriate. Ninth Circuit Rule 22-3(a). The undersigned is authorized to order such a transfer. Local Rules 72-300, 72-302(c)(17).

1       Accordingly, IT IS HEREBY ORDERED that this case be transferred to the Court
2 of Appeals for the Ninth Circuit.
3 DATED: May 16, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

gand0715.sp